UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2091**

Cropper v. McCarthy

To:　　Clerk

1)　　Motion by Appellees for Leave to File Supplemental Appendix under Seal

2)　　Appellees' Supplemental Letter Motion

---

　　The foregoing motion and supplemental letter motion are referred to the merits panel. The Clerk's Office will hold the supplemental appendix provisionally under seal pending the Court's ruling.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:　October 6, 2023
EAF/cc:　　All Counsel of Record